UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 2 9 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:18CR00271 JAR/NCC** |
| SLAVEN NEDIC, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about March 9, 2018, in the Eastern District of Missouri, the defendant

**SLAVEN NEDIC,**

did use force to intimidate and impede an employee of the Social Security Administration who was acting in an official capacity to carry out a duty under the Social Security Act, and did use force to obstruct the due administration of the Social Security Act.

In violation of Title 42, United States Code, Section 1320a-8b.

### COUNT 2

On or about March 9, 2018, in the Eastern District of Missouri, the defendant

**SLAVEN NEDIC,**

willfully and unlawfully did assault J.H., a Deputy United States Marshal, by hitting J.H., with intent to influence, impede, and interfere with J.H. while he was engaged in and account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115.

## COUNT 3

On or about March 9, 2018, in the Eastern District of Missouri, the defendant

**SLAVEN NEDIC,**

willfully and unlawfully did attempt to assault D.C., an officer with the Federal Protective Services, an agency of the Department of Homeland Security, by charging at D.C. in an attempt to strike him, with intent to impede, impede, and interfere with D.C. while he was engaged in and account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115.

## COUNT 4

On or about March 9, 2018, in the Eastern District of Missouri, the defendant

**SLAVEN NEDIC,**

willfully and unlawfully did attempt to assault A.M., an officer with the Federal Protective Services, an agency of the Department of Homeland Security, by charging at A.M. in an attempt to strike him, with intent to impede, impede, and interfere with A.M. while he was engaged in and account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney